| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| 2 | JULIA B. STRICKLAND (State Bar No. 83013)<br>SCOTT M. PEARSON (State Bar No. 173880) |
| 3 | SETH M. GOLDSTEIN (State Bar No. 232071)<br>2029 Century Park East, 16th Floor |
| 4 | Los Angeles, California  90067-3086<br>Telephone: 310-556-5800 |
| 5 | Facsimile: 310-556-5959<br>lacalendar@stroock.com |
| 6 | Attorneys for Defendant and Counterclaimant |
| 7 | ADVANCEME, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD B. CLARK, f/d/b/a AUSTIN'S BARBEQUE & TAVERN; JJ MANAGEMENT CO., INC.; and MICHAEL RABINOWITZ, d/b/a GOODFELLOW AUTOMOTIVE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCEME, INC., d/b/a SUPPLY SERVICES,<br><br>Defendant.<br><br>ADVANCEME, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>JJ MANAGEMENT CO., INC.; MICHAEL RABINOWITZ, individually and d/b/a GOODFELLOW AUTOMOTIVE; and JOSEPH BONAFEDE,<br><br>Counterclaim Defendants. | Case No. CV-08-3540 VBF (FFMx)<br><br>CLASS ACTION<br><br>**APPENDIX OF AUTHORITIES IN SUPPORT OF DEFENDANT ADVANCEME, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUMMARY ADJUDICATION**<br><br>[Notice Of Motion And Motion, Memorandum of Points and Authorities, Statement Of Uncontroverted Facts And Conclusions Of Law, and Declaration of Erik Cannon filed and [Proposed] Order lodged concurrently]<br><br>Date:     August 31, 2009<br>Time:    1:30 p.m.<br>Place:   Courtroom 9<br>            312 N. Spring Street<br>            Los Angeles, CA 90012 |

NY 72202464

Defendant and Counterclaimant AdvanceMe, Inc. respectfully submits this Appendix of Authorities in support of its concurrently-filed Motion for Partial Summary Judgment and Summary Adjudication.

Exhibit

1  <u>Equity Serv. Corp. v. Agull</u>,
   250 A.D. 96, 293 N.Y.S. 872 (1937)

2  <u>Frey v. Malrath Real Estate Development Corp.</u>,
   199 A.D.2d 713, 605 N.Y.S.2d 451 (1993)

3  <u>O'Farrell v. Martin</u>,
   292 N.Y.S. 581 (1936)

4  <u>Transmedia Restaurant Co. v. 33 E. 61st St. Restaurant Corp.</u>,
   710 N.Y.S.2d 756, 184 Misc. 2d 706 (N.Y. App. Div. 2000)

5  Restatement of Contracts § 527

6  N.Y. Jur. 2d Interest and Usury § 51

Dated: July 20, 2009                    Respectfully submitted,

                                        STROOCK & STROOCK & LAVAN LLP
                                        JULIA B. STRICKLAND
                                        SCOTT M. PEARSON
                                        SETH M. GOLDSTEIN


                                        By:  /s/ Scott M. Pearson
                                             Scott M. Pearson

                                        Attorneys for Defendant and Counterclaimant
                                           ADVANCEME, INC.

- 2 -

NY 72202464

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 1 -

NY 72202464