STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
SCOTT M. PEARSON (State Bar No. 173880)
SETH M. GOLDSTEIN (State Bar No. 232071)
2029 Century Park East, 16th floor
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

NOTE: CHANGES MADE BY THE COURT

Attorneys for Defendant and Counterclaimant
  ADVANCEME, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD B. CLARK, f/d/b/a AUSTIN'S BARBEQUE & TAVERN; JJ MANAGMENT CO., INC.; and MICHAEL RABINOWITZ, d/b/a GOODFELLOW AUTOMOTIVE, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCEME, INC., d/b/a SUPPLY SERVICES,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-08-3540 VBF (FFMx)<br><br>CLASS ACTION<br><br>Hon. Valerie Baker Fairbank<br><br>**ORDER RE: NOTICE OF CONDITIONAL SETTLEMENT AND JOINT REQUEST FOR IMMEDIATE STAY** |

LA 51248091v1

# ORDER

Upon the parties' Notice of Conditional Settlement and Joint Request for Stay, by and between the parties, through their respective counsel of record filed March 19, 2010, and good cause appearing therefore,

IT IS HEREBY ORDERED that this case is stayed until further order of this Court.

Defendant AdvanceMe, Inc.'s Motion for Partial Summary Judgment (dkt. #95) and Plaintiffs' Motion for Class Certification (dkt. #132), set for hearing on April 12, 2010 at 1:30 p.m., are taken off calendar.

IT IS FURTHER ORDERED that a Status Conference is set for May 3, 2010 at 1:30 p.m. for the purpose of reporting to the Court on the status of the settlement and, if necessary, addressing any request to lift the stay.

IT IS SO ORDERED.

Dated: March 19, 2010

By: *Valerie Baker Fairbank*
Hon. Valerie Baker Fairbank
UNITED STATES DISTRICT JUDGE