1  MARC M. SELTZER (54534)
   mseltzer@susmangodfrey.com
2  SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
3  Los Angeles, CA  90067-6029
   Telephone:  (310) 789-3100
4  Facsimile:  (310) 789-3150

5  ANAT LEVY (128040)
   Alevy96@aol.com
6  ANAT LEVY & ASSOCIATES, P.C.
   8840 Wilshire Blvd., Third Floor
7  Beverly Hills CA  90211
   Telephone:  (310) 358-3138
8  Facsimile:  (310) 358-3104

9  Attorneys for Plaintiffs
   (See Stipulation for Names and Addresses
10 of Additional Counsel for Plaintiffs)

11 STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (083013)
12 SCOTT M. PEARSON (173880)
   SETH M. GOLDSTEIN (232071)
13 lacalendar@stroock.com
   2029 Century Park East, 16th Floor
14 Los Angeles, California  90067-3086
   Telephone: 310-556-5800
15 Facsimile: 310-556-5959

16 Attorneys for Defendant
   ADVANCEME, INC., d/b/a SUPPLY SERVICES

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| RICHARD B. CLARK, f/d/b/a AUSTIN'S BARBEQUE & TAVERN; JJ MANAGEMENT CO., INC.; and MICHAEL RABINOWITZ, d/b/a GOODFELLOW AUTOMOTIVE, Individually and On Behalf of All Others Similarly Situated,<br>              Plaintiffs,<br>     vs.<br>ADVANCEME, INC., d/b/a SUPPLY SERVICES,<br>              Defendant. | Case No. CV 08-03540 VBF (FFMx)<br>**CLASS ACTION**<br>**ORDER CONTINUING THE FILING AND HEARING DATES RE: MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

# ORDER

Upon the Stipulation filed by and between the parties, dated October 20, 2010, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the October 13, 2010 deadline for filing plaintiffs' motion for preliminary approval of class action settlement is continued to November 12, 2010, and that the hearing thereon is continued to November 22, 2010, at 1:30 p.m.

In light of counsels' representations, the Court vacates the final Pretrial Conference set for October 25, 2010 at 2:30 p.m., and the trial date set for November 2, 2010 at 8:30 a.m.

Dated:  October 21, 2010

_____
Valerie Baker Fairbank
UNITED STATES DISTRICT JUDGE

2