1  MARC M. SELTZER (54534)
   mseltzer@susmangodfrey.com
2  SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
3  Los Angeles, CA 90067-6029
   Telephone: (310) 789-3100
4  Facsimile: (310) 789-3150

5  ANAT LEVY (128040)
   alevy96@aol.com
6  ANAT LEVY & ASSOCIATES, P.C.
   8840 Wilshire Blvd., Third Floor
7  Beverly Hills CA 90211
   Telephone: (310) 358-3138
   Facsimile: (310) 358-3104
8
   Attorneys for Plaintiffs
9  (See Signature Page for Names and Addresses
   of Additional Counsel for Plaintiffs)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD B. CLARK, f/d/b/a AUSTIN'S BARBEQUE & TAVERN; JJ MANAGEMENT CO., INC.; and MICHAEL RABINOWITZ, d/b/a GOODFELLOW AUTOMOTIVE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCEME, INC., d/b/a SUPPLY SERVICES,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 08-3540 VBF(FFMx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT ADVANCEME, INC. AND FOR APPROVAL OF NOTICE PLAN**<br><br>Date: December 13, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom of the Hon. Valerie Baker Fairbank |

1372367V1/010557

**PLEASE TAKE NOTICE** that on December 13, 2010, at 10:00 a.m., in the Courtroom of the Hon. Valerie Baker Fairbank, at the United States Courthouse located at 312 North Spring Street, Los Angeles, California 90012, pursuant to Rule 23 of the Federal Rules of Civil Procedure, plaintiffs JJ Management, Inc. and Michael Rabinowitz d/b/a Goodfellow Automotive, individually and as representatives of the Settlement Class (collectively, "Class Plaintiffs") respectfully seek an Order:  (1) preliminarily approving the settlement reached between Class Plaintiffs and Defendant AdvanceMe, Inc. ("AMI"); (2) certifying the Settlement Class, as defined below, for the purpose of effectuating the settlement; (3) approving the form and method of notice of the settlement to Settlement Class members; (4) requiring defendant AMI to the extent it has not already done so, to provide the Settlement Administrator with the names and contact information of potential Settlement Class members based on its available records; (5) authorizing withdrawal of funds from the Settlement Fund to pay the costs of notice and claims administration; (6) appointing the counsel for Class Plaintiffs as Settlement Class Counsel; (7) appointing the Class Plaintiffs as Settlement Class Representatives; (8) appointing Gilardi & Co. LLC as the Settlement Administrator; (9) establishing a procedure for members of the Settlement Class to object to the settlement or exclude themselves from the Settlement Class, and setting a date thirty days after the Notice Deadline, after which no one shall be allowed to exclude themselves from the Settlement Class or seek to intervene in the action; (10) approving the Claim Form and claims process; (11) barring all members of the Settlement Class from asserting any of the released claims pending a determination of the approval of the settlement; (12) staying all proceedings in this action except those related to the effectuation of the settlement;

and (13) setting a hearing for final approval of the settlement.  Class Plaintiffs file this Motion pursuant to the Court's Order dated November 15, 2010 (Dkt. 249), which provides that the hearing on this motion shall take place on December 13, 2010, at 1:30 pm.

Class Plaintiffs' motion is based on the Memorandum of Points and Authorities, the Declaration of Marc M. Seltzer, the Declaration of Anat Levy, filed concurrently herewith, and the proposed form of Order, lodged concurrently herewith, the pleadings, records, and files in this action, all matters of which judicial notice may be taken, and upon such further evidence and argument as may be presented at any hearing on this matter.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 and paragraph 9(b) of the Court's Standing Order.

Dated:  December 3, 2010

Respectfully submitted,

MARC M. SELTZER
SUSMAN GODFREY L.L.P.

ARUN S. SUBRAMANIAN
(Admitted *Pro Hac Vice*)
asubramanian@susmangodfrey.com
SUSMAN GODFREY L.L.P.
654 Madison Avenue, 5th Floor
New York, NY  10065
Tel:  (212) 336-8330
Fax:  (212) 336-8340

DREW D. HANSEN
(Admitted *Pro Hac Vice*)
dhansen@susmangodfrey.com
JORDAN CONNORS
(Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1202 Third Avenue, Suite 3800
Seattle, WA  98101
Tel:  (206) 516-3880
Fax:  (206) 516-3883

```
 1   ANAT LEVY
     ANAT LEVY & ASSOCIATES, P.C.
 2
 
 3   By   /s/ Marc M. Seltzer
              Marc M. Seltzer
 4   Attorneys for Plaintiffs
     Richard B. Clark, f/d/b/a Austin's Barbeque
 5   & Tavern, JJ Managemdent Co., Inc., and
     Michael Rabinowitz, d/b/a Goodfellow
 6   Automotive
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```