MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

ANAT LEVY (128040)
alevy96@aol.com
ANAT LEVY & ASSOCIATES, P.C.
8840 Wilshire Blvd., Third Floor
Beverly Hills CA 90211
Telephone: (310) 358-3138
Facsimile: (310) 358-3104

Attorneys for Plaintiffs

(See Signature Page for Names and Addresses of Additional Counsel for Plaintiffs)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD B. CLARK, f/d/b/a AUSTIN'S BARBEQUE & TAVERN; JJ MANAGEMENT CO., INC., and MICHAEL RABINOWITZ, d/b/a GOODFELLOW AUTOMOTIVE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCEME, INC., d/b/a SUPPLY SERVICES,<br><br>Defendant. | Case No. CV 08-03540 VBF (FFMx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS AND PLAINTIFFS' COMPENSATION AWARDS**<br><br>Date: March 28, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom of the Hon. Valerie Baker Fairbank |
| AND RELATED COUNTERCLAIMS | |

1413890v1/010557

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 28, 2011, at 1:30 p.m., or as soon thereafter as counsel may be heard, before the Hon. Valerie Baker Fairbank, United States District Judge, in Courtroom 9 of the United States District Court, located at 312 No. Spring Street, Los Angeles, California 90012, plaintiffs will and hereby do respectfully move the Court for an order granting plaintiffs' motion for the requested attorneys' fee and expense award and plaintiffs' compensation awards.

This motion is made and based upon this notice of motion, the memorandum of points and authorities filed in support thereof, the Declaration of Marc M. Seltzer, the Declaration of Anat Levy in support of plaintiffs' motion for an award of attorneys' fees and costs and plaintiffs' compensation awards, the exhibits attached thereto, all of the papers, pleadings and files herein, and all other written or oral argument as may be presented to the Court.

Dated: January 12, 2011

MARC M. SELTZER
SUSMAN GODFREY L.L.P.

ARUN S. SUBRAMANIAN
(Admitted *Pro Hac Vice*)
asubramanian@susmangodfrey.com
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone: (212) 336-8330
Fax: (212) 336-8340

DREW D. HANSEN
(Admitted *Pro Hac Vice*)
Washington State Bar No. 30467
dhansen@susmangodfrey.com
JORDAN CONNORS
(Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Fax: (206) 516-3883

1413890v1/010557

ANAT LEVY
ANAT LEVY & ASSOCIATES, P.C.


By  /s/ Marc M. Seltzer
    Marc M. Seltzer
Attorney for Plaintiffs
Richard B. Clark, f/d/b/a Austin's Barbeque & Tavern, JJ Management Co., Inc., and Michael Rabinowitz, d/b/a Goodfellow Automotive

1413890v1/010557