MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

ANAT LEVY (128040)
alevy96@aol.com
ANAT LEVY & ASSOCIATES, P.C.
8840 Wilshire Blvd., Third Floor
Beverly Hills CA 90211
Telephone: (310) 358-3138
Facsimile: (310) 358-3104

Attorneys for Plaintiffs

(See Signature Page for Names and Addresses of Additional Counsel for Plaintiffs)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD B. CLARK, f/d/b/a AUSTIN'S BARBEQUE & TAVERN; JJ MANAGEMENT CO., INC.; and MICHAEL RABINOWITZ, d/b/a GOODFELLOW AUTOMOTIVE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCEME, INC., d/b/a SUPPLY SERVICES,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 08-3540 VBF(FFMx)<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Date: March 28, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom of the Hon. Valerie Baker Fairbank |

1498442v1/010557

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 28, 2011, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Hon. Valerie Baker Fairbank, United States District Judge, at the United States Courthouse located at 312 No. Spring Street, Los Angeles, California 90012, pursuant to Rule 23 of the Federal Rules of Civil Procedure, plaintiffs JJ Management Co., Inc. and Michael Rabinowitz, d/b/a Goodfellow Automotive ("Class plaintiffs") will and hereby move for an Order (1) granting final approval of the proposed settlement with defendant AdvanceMe, Inc.; (2) certifying the Settlement Class, as defined in Plaintiffs' Memorandum in Support of Preliminary Approval of the Settlement, for the purpose of effectuating the settlement; and (3) entering the Proposed Amended Final Approval Order and Judgment, submitted herewith.

Plaintiffs' motion is based on the Memorandum of Points and Authorities, the Declarations of Marc M. Seltzer, Markham Sherwood, and Scott M. Pearson, filed concurrently herewith, and the proposed Amended Final Approval Order and Judgment, lodged concurrently herewith, and all of the pleadings, records and files in this litigation, and upon such further evidence and argument as may be presented at the hearing.

Dated: March 14, 2011

Respectfully submitted,

MARC M. SELTZER
SUSMAN GODFREY L.L.P.

ARUN S. SUBRAMANIAN
(Admitted *Pro Hac Vice*)
asubramanian@susmangodfrey.com
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY  10022-6828
Telephone:  (212) 336-8330
Fax:  (212) 336-8340

DREW D. HANSEN
(Admitted *Pro Hac Vice*)
dhansen@susmangodfrey.com
JORDAN CONNORS
(Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Fax: (206) 516-3883

ANAT LEVY
ANAT LEVY & ASSOCIATES, P.C.


By    /s/ Marc M. Seltzer
         Marc M. Seltzer

Attorneys for Plaintiffs
JJ Management Co., Inc. and Michael
Rabinowitz, d/b/a Goodfellow Automotive