```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
```

CIVIL MINUTES -- GENERAL

Case No.   **CV 08-3540-VBF(FFMx)**                    Dated: **March 28, 2011**

Title:     Richard B. Clark -*v*- Advanceme, Inc.
_____

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE

           Joseph Remigio                         Rosalyn Adams
           Courtroom Deputy                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

           Anat Levy                              Scott M. Pearson
           Marc M. Seltzer

**PROCEEDINGS:**   **(1) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT AND PLAN OF ALLOCATION (DKT. #264); (2) PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS AND PLAINTIFFS' COMPENSATION AWARDS (DKT. #260)**

Case called, and counsel make their appearance.

The Court notes its Tentative Order (dkt. #269), which was filed March 28, 2011 and provided to counsel for review. Counsel are permitted to address the Tentative Order.

For the reasons stated on the record, the Court grants the Motion for Award of Attorneys' Fees and Costs and Plaintiffs' Compensation Awards (dkt. #260). The Court directs Plaintiffs' counsel to file a proposed order by March 30, 2011.

As to the Motion for Final Approval of Proposed Settlement and Plan of Allocation (dkt. #264), the Court sets a non-appearance status conference for **May 9, 2011 at 4:00 p.m**. At that time, the Court will sign the Proposed Order (dkt. #264-1) and this case will be closed.

The Court adopts its Tentative Order as the Order of the Court.

**IT IS SO ORDERED.**

                                        Initials of Deputy Clerk   jre